FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY CEE BLOUSE CO., INC., <br> Plaintiff, <br> vs. <br> LETICIA E. LOPEZ, et al., <br> Defendant. | Case No. CV 14-4087 UA <br><br> ORDER REMANDING ACTION |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: 6/4, 2014

HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE